**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6905**

JOSEPH RUHREN,

                    Plaintiff – Appellant,

          v.

MARCOS SPITTAL, Detective Prince William County Police;
LUTHER, Sergeant Manassas A.D.C.; MELETIS, Superintendent
Manassas A.D.C.,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Anthony John Trenga,
District Judge. (1:15-cv-00445-AJT-JFA)

Submitted:  October 20, 2015        Decided:  October 23, 2015

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Ruhren, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Ruhren appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ruhren v. Spittal, No. 1:15-cv-00445-AJT-JFA (E.D. Va. May 14, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED